**K&L GATES LLP**
Ronie Schmelz (State Bar No. 130798)
ronie.schmelz@klgates.com
(310) 552-5002
Kevin Asfour (State Bar no. 228993)
kevin.asfour@klgates.com
(310) 552-5016
Kevin Sullivan (State Bar No. 341596)
kevin.sullivan@klgates.com
(310) 552-5072
10100 Santa Monica Blvd
Floor 8
Los Angeles, CA 90067

Attorneys for Defendant
KISSLER AND CO. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KISSLER AND CO. INC. <br><br> Defendant. | Case No. 2:23-cv-07567-TJH-BFM <br><br> [Hon. Judge Terry J. Hatter, Jr.] <br><br> **DECLARATION OF JEFFREY KISSLER IN SUPPORT OF MOTION TO DISMISS** <br><br> [*Filed concurrently with (1) Motion; (2) Request for Judicial Notice; and (3) [Proposed] Order*] <br><br> Date: <br> Time:  UNDER SUBMISSION <br> Courtroom: 9C <br> Date: March 4, 2024 |

I, Jeffrey Kissler, declare as follows:

1. I am a Regional Sales Manager of Kissler and Co. Inc. ("Kissler and Co.") and have held that position since 2012. I submit this declaration in support of Kissler and Co.'s Motion to Dismiss Various Causes of Action in Plaintiffs' Complaint in the action styled *SHLA Group Inc., et al. v. Kissler and Co. Inc.*, C.D. Cal. Case No. 2:23-cv-07567-TJH-BFM. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify to them.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of an email exchange on which I was CC'd, ranging from July 7, 2021 to July 27, 2021 (with certain commercially sensitive figures redacted, as indicated on the document), between Mr. Gang He of SHLA Group Inc. ("SHLA"), on the one hand, and my colleague Glenn Kissler of Kissler and Co., on the other.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of an email exchange between myself and Mr. He that occurred over the course December 17, 2021.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of an email exchange between myself and Mr. He that occurred over the course of December 23, 2021.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on January 16, 2024.

DocuSigned by:
/s/ Jeffrey Kissler
5C3C6899424D40B...

Jeffrey Kissler

---

1

DECLARATION OF JEFFREY KISSLER IN SUPPORT OF MOTION TO DISMISS

507357243.4