# EXHIBIT A

| | |
|---|---|
| **From:** | Glenn Kissler <gak@kissler.com> |
| **Sent:** | Tuesday, July 27, 2021 12:59 PM |
| **To:** | Gang He |
| **Cc:** | Jeffrey Kissler |
| **Subject:** | RE: HD Business |

Jeffery will send you a zoom invitation

Thank You,

Glenn Kissler
201-896-9600
gak@kissler.com

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Tuesday, July 27, 2021 3:58 PM
**To:** Glenn Kissler <gak@kissler.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Re: HD Business

Sure, by which channel, zoom or team?

**From:** Glenn Kissler <gak@kissler.com>
**Sent:** Tuesday, July 27, 2021 12:51 PM
**To:** Gang He <ganghe@shlagroup.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** RE: HD Business

Gang,
Can we have a call at 12 noon EST tomorrow.

Thank You,

Glenn Kissler
201-896-9600
gak@kissler.com

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Monday, July 19, 2021 12:05 AM
**To:** Glenn Kissler <gak@kissler.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Re: HD Business

Glenn,

Sorry for the late response. There're tons of calculations for these items, especially the trim kits. I'm pretty sure I've squeezed every penny for you and here enclosed please find our best prices with all the packaging information. Feel free to let me know if you have any questions.

For the payment term if you can place the first 3 POs by Aug.31, 2021, we're willing to accept 45 days. And from the 4th PO and on back to 30 days.

All prices will be locked down for the first 3 POs if we can receive by Aug.31, 2021. For more quantities, 30% deposit of PO amount will be required.

Because of the size of these orders and our existing manufacturing capacity, the 1st PO will need at least 90 days, 2nd & 3rd 45 days for just production. Please try to gather all the packaging information such as barcodes and artworks asap.

Thanks for your patience and have a nice weekend!

Best,
Gang He

**From:** Glenn Kissler <gak@kissler.com>
**Sent:** Thursday, July 15, 2021 1:28 PM
**To:** Gang He <ganghe@shlagroup.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** RE: HD Business

Gang,
From what I know, it's 4:30 AM in China, shouldn't you be sleeping ?

If possible, the opening orders are going to be very large for us. I would prefer to make it 60 day terms for the first year, then go to 30 day terms.
I understand you have to pay cash for the material, but can you convince your vendor that next year we are offering them over $1.5mm US dollars and to give us terms.

Please let me know.

Thank You,

Glenn Kissler
201-896-9600
gak@kissler.com

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Thursday, July 15, 2021 3:56 PM
**To:** Glenn Kissler <gak@kissler.com>

2

**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Re: HD Business

Glenn,

Sorry about the late. I'm working on all the prices and will send out to you latest by tomorrow. My goal is to give you the best prices but at this moment, not easy at all. For the clam shell / blister, we're using PET, fully recyclable and the most eco-friendly. No PVC for long time, no worries at all.

Payment term looks like the only concern here, right now we're paying everything on cash. May I suggest using " net 30 days" for the 1st year and switch to 60 days after?

Thanks again for the business opportunity and have a great day!

Best,
Gang He

---

**From:** Glenn Kissler <gak@kissler.com>
**Sent:** Thursday, July 15, 2021 12:05 PM
**To:** Gang He <ganghe@shlagroup.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** RE: HD Business

Hello Gang,
Please get back to us with current prices, we need them badly.
To answer your questions below:

1. We had discussed 60 day terms because that is what I had to sell Home Depot on.
    We would really appreciate it if you could hold to that.  Please confirm.
2. We will be selling/packaging under the home depot EVERBILT brand.
3. The annual usage is shown below. I would assume the initial order will be half that amount.
4. I think shipments will be 4 times a year, but I don't know until we start doing business with the.
5. Yes, we need the price to be locked down. Home Depot will not give us a price increase especially now that we have won the business.

    Home Depot has a new rule, that is we cannot use PVC packaging. The package must be re-sealable and eco friendly.

    Please get back to us right away to confirm your prices.

Thank You,

Glenn Kissler
201-896-9600
gak@kissler.com

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Thursday, July 8, 2021 12:51 PM
**To:** Glenn Kissler <gak@kissler.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Re: HD Business

Glenn,

Congratulations on the new business! We can definitely support you on the listed items and maybe more in the future. As our previous conversations, though a lot of changes happened since they launched the project, actually nothing looks like the same as before, I'll do my best to keep the cost increase under 10-15%. Please allow me a few days to prepare a proposal to you.

Here're a few questions we might need to know right away,
1, Payment term, at the point we can only accept 30 days. Please confirm.
2, Package, which brand is going to be used on these items, Kissley or THD's? When can I expect the artworks and the package size (pcs per SP and pcs per MP)?
3, What's quantities for the initial order and when?
4, In the future, how often is the shipment?
5, Do you want price lock down? If so, what's the quantities?

Thanks again and have a great day!

Best,
Gang He

---

**From:** Glenn Kissler <gak@kissler.com>
**Sent:** Wednesday, July 7, 2021 2:06 PM
**To:** Gang He <ganghe@shlagroup.com>
**Cc:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** HD Business

Gang,
I have good news for you. We won some home depot business.
Please confirm the prices below.
They shared some usage with me, so as you can see it's a lot of business.
The home depot part number is in the first column
Please get back to me as soon as possible.

| New or Replacement item | SKU Description | Future Packaging | Future Buy Pack | Volume Targets | Cost | Total |
|---|---|---|---|---|---|---|
| 793608 | 12H-1H/C Stem | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 918214 | 3H-10H/C Stem | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 793513 | 9H-1H/C Stem | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 645408 | 10L-15H/C Stem | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 608384 | Trim Kit For Pr | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 465121 | Brshd Nickel Ur | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 465058 | Chrome Univ Tr | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 630726 | Orb Univ Trim K | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 465025 | Brushd Nickel U | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 464830 | Chrome Univ Tr | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 630396 | Univ Trim Kit Fc | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| 189122 | Chrome Tub/Sh | Resealable Clam Shell | ■ | ■ | ■ | ■ |
| | | | | | | ■ |

Thank You,

Glenn Kissler
201-896-9600
gak@kissler.com

**REDACTED**

5

# EXHIBIT B

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Friday, December 17, 2021 3:00 PM
**To:** Jeffrey Kissler
**Subject:** Re: POs

Got it, no problem.

---

**From:** Jeffrey Kissler <jeffreyk@kissler.com>
**Sent:** Friday, December 17, 2021 2:40 PM
**To:** Gang He <ganghe@shlagroup.com>
**Subject:** Re: POs

Hey Gang,

Please hold off on the POs. HD is asking for another week and are going to push back the May date. Sorry but they just called me. Please confirm

Get Outlook for iOS

---

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Friday, December 17, 2021 3:55:55 PM
**To:** Jeffrey Kissler <jeffreyk@kissler.com>; Glenn Kissler <gak@kissler.com>; Barry Kissler <barry@kissler.com>
**Subject:** Re: POs

Thank you, Sir. From one look at the POs, item 70685, Moen BN, $11.39 not $9.36. Please re-send me those POs.

I already told our factory to set up production lines. I will keep you updated on the delivery time.

One thing you might need to let me know which is the shipping agent's contact in China. Roughly, 10,000pcs per 40HQ container. For your 1st PO, at least 10-11 containers. Please lock the space cause Jan. is a super-hot month. Also, we need to set up account with the shipping agent for some domestic costs.

Again, thanks so much for the orders. Have a nice weekend!

---

**From:** Jeffrey Kissler <jeffreyk@kissler.com>
**Sent:** Friday, December 17, 2021 12:35 PM
**To:** Gang He <ganghe@shlagroup.com>; Glenn Kissler <gak@kissler.com>; Barry Kissler <barry@kissler.com>
**Subject:** POs

Hey Gang,

Please see attached POs. I am working to get you the artwork. I should have it over the weekend or on Monday.

Please let me know if you have any questions. If you would like to discuss lead times also let me know. I wanted to get you these now though so we can start production

POs 10106 and 10107 can be shipped after the 2/22 mark. 10106 Target would be April 1 and 10107 would be a May 15th mark

Have a great weekend. I am available on my cell phone (201-615-8503) at any time.

Best,

Jeffrey Kissler
Kissler and Company
770 Central Central Blvd
P: 201-896-9600
D: 201-882-6323

# EXHIBIT C

**From:** Jeffrey Kissler <jeffreyk@kissler.com>
**Sent:** Thursday, December 23, 2021 12:07 PM
**To:** Scott Singer
**Subject:** Fwd: Kissler & Co., Inc.: Purchase Order #PO10127

Hey Scott,

Please let Gang know which logistics company we will be using for this. Thanks!!

Best,

Jeffrey Kissler

Get Outlook for iOS

---

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Thursday, December 23, 2021 3:01:36 PM
**To:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Re: Kissler & Co., Inc.: Purchase Order #PO10127

Ok, will do. Thanks!

Please let me have the logistics company information as soon as possible. Shipments will go out of Xiamen, China.

Happy holidays!

---

**From:** Jeffrey Kissler <jeffreyk@kissler.com>
**Sent:** Thursday, December 23, 2021 11:58 AM
**To:** Gang He <ganghe@shlagroup.com>
**Subject:** Re: Kissler & Co., Inc.: Purchase Order #PO10127

For now cancel the previous 3. We won't know about those until Jan so I can always re-write. For the PO I just sent, please ship whenever it's ready

Get Outlook for iOS

---

**From:** Gang He <ganghe@shlagroup.com>
**Sent:** Thursday, December 23, 2021 2:30:16 PM
**To:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Re: Kissler & Co., Inc.: Purchase Order #PO10127

Are we going to keep the previous 3 POs or cancel? What's the total plan for shipments?

---

**From:** Jeffrey Kissler <jeffreyk@kissler.com>
**Sent:** Thursday, December 23, 2021 10:51 AM

**To:** Gang He <ganghe@shlagroup.com>
**Subject:** FW: Kissler & Co., Inc.: Purchase Order #PO10127

Hey Gang!

Here is your opening order. We should have the artwork back next week. The tabs holes were about 3.8mm off, so we are working on correcting that.

You may change the qty to the nearest case pack if needed. Please just let me know.

Please let me know if you have any questions!! Please reference the Kissler Part No column for the proper SKU not the Vendor #. Please let me know if this can ship by April 1st the latest

Best,

Jeffrey Kissler
Kissler and Company
770 Central Central Blvd
P: 201-896-9600
D: 201-882-6323

---

**From:** sales@kissler.com <system@sent-via.netsuite.com>
**Date:** Thursday, December 23, 2021 at 1:14 PM
**To:** Jeffrey Kissler <jeffreyk@kissler.com>
**Subject:** Kissler & Co., Inc.: Purchase Order #PO10127

Please open the attached file to view your Purchase Order. To view the attachment, you first need the free Adobe Acrobat Reader. If you don't have it yet, visit Adobe's Web site http://www.adobe.com/products/acrobat/readstep.html to download it.