# EXHIBIT A



**Secretary of State**
**Articles of Incorporation of a**
**General Stock Corporation**

ARTS-GS

**FILED**
Secretary of State
State of California
4841802
Filing Number
01/26/2022
Filing Date

**This Space For Office Use Only**

**IMPORTANT —** Read Instructions before completing this form. Filing Fee   –   $100.00

**Copy Fees**  –   First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to ftb.ca.gov.

**1. Corporate Name** (Go to www.sos.ca.gov/business/be/name-reservations for general corporate name requirements and restrictions.)

The name of the corporation is PARK 2580 Inc.

**2. Business Addresses** (Enter the **complete** business addresses.)

| a. Initial Street Address of Corporation - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2580 W 237th St. | Torrance | CA | 90505 |
| b. Initial Mailing Address of Corporation, **if different than item 2a** | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**3. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| GANG |  | HE |  |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 2580 W 237th St. | Torrance | CA | 90505 |

**CORPORATION** – Complete Item 3c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b |
|---|
|  |

**4. Shares** (Enter the **number of shares** the corporation is authorized to issue. **Do not** leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is 1,000,000.

**5. Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**6. Read and Sign Below** (This form must be signed by each incorporator. **See instructions** for signature requirements.)

_/s/_
Signature

Legalzoom.com, Inc. by Cheyenne Moseley, Asst. Secretary
Type or Print Name

ARTS-GS (REV12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

Attachment to the
Articles of Incorporation
of

PARK 2580 Inc.


7. The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

8. This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) through bylaw provisions, agreements with agents, vote of shareholders or disinterested directors or otherwise, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject only to the applicable limits set forth in Section 204 of the California Corporations Code with respect to actions for breach of duty to the corporation and its shareholders.

9. Any repeal or modification of the foregoing provisions of Sections 7 and 8 by the shareholders of this corporation shall not adversely affect any right or protection of an agent of this corporation existing at the time of such repeal or modification.