Hua Chen (SBN 241831)
huachen@scienbizippc.com
SCIENBIZIP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
Facsimile: (213) 426-1788

AXS LAW GROUP LA LLP
GEOFFREY T. STOVER (SB# 211715)
geoff@axslawgroup.com
6080 Center Dr., Suite 210
Los Angeles, CA 90045
T: (310) 746-5300
F: (310) 593-2520

Attorney for Plaintiffs
SHLA Group, Inc. and Park 2580, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLA Group, Inc., PARK 2580, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> KISSLER & CO., Inc, <br><br> Defendant. | Case No. 2:23-cv-07567-TJH-BFM <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

**NOTICE OF ASSOCIATION**

1     PLEASE TAKE NOTICE that Hua Chen, attorney of record for plaintiffs SHLA Group, Inc., and Park 2580, Inc. ("Plaintiffs"), hereby associates Geoffrey T. Stover of the law firm AXS LAW GROUP LA LLP as co-counsel for Plaintiffs in this matter.  The name, office address, telephone number, fax number, and e-mail address of the associated counsel are as follows:

    AXS LAW GROUP LA LLP
    GEOFFREY T. STOVER (SB# 211715)
    geoff@axslawgroup.com
    6080 Center Dr., Suite 210
    Los Angeles, CA  90045
    T: (310) 746-5300
    F: (310) 593-2520

Dated:  February 10, 2024      Hua Chen
    SCIENBIZIP, P.C.


By:  /s/Hua Chen
                   Hua Chen

Attorneys for Plaintiffs
SCIENBIZIP, P.C.