# EXHIBIT 1

## VERDE, STEINBERG & PONTELL, LLC
### ATTORNEYS AT LAW
COURT PLAZA EAST
19 MAIN STREET
HACKENSACK, NEW JERSEY 07601-7023
(201) 489-0075
TELECOPIER (201) 489-0077

DIRECT E-MAIL: spontell@vsplaw.com

MERRICK D. STEINBERG*
LOUIS J. VERDE†
STEVEN PONTELL**
SIOBHAN MCGOWAN‡‡

MARTINE PIERRE-PAUL

* MEMBER OF N.J., N.Y. & CAL. BARS
† MEMBER OF N.J. & N.Y. BARS
** MEMBER OF N.J., N.Y. & D.C. BARS
‡‡ MEMBER OF N.J. & PA. BARS

** CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

171 MADISON AVENUE
SUITE 1300
NEW YORK, NEW YORK 10016
(212) 996-0630

July 26, 2023

Shla Group, Inc.
615 Hawaii Avenue
Torrance, California 90503

*Sent by Email: ganghe@shlagroup.com*
Mr. Gang He
2580 West 237th Street
Torrance, California 90505

Park 2580, Inc.
2580 West 237th Street
Torrance, California 90505

RE: *Kissler & Co., Inc. v. Shla Group, Inc. et als*

Dear Mr. He:

Please be advised that these offices have been retained to represent Kissler & Co., Inc. Kissler & Co., Inc. was sued in the United States District Court for the District of New Jersey by Danco, Inc., claiming that certain products offered for sale by Kissler & Co., Inc. violate U.S. Patent No. 9,051,720 (the "720 Patent"). Specifically, it is alleged that the various universal tub and shower trim kits for Moen® and Delta® tub/shower faucets sold by Kissler & Co., Inc. throughout the United States violate, and infringe upon the 720 Patent.

Kissler & Co., Inc. has been forced to defend the subject Action and shall incur substantial damages and fees in order to resolve this matter. The accused products were purchased from you in reliance upon your investigation and assurance that said products were not in violation of the U.S. Patent Laws. Had Kissler & Co., Inc. been made aware of any potential violation of the U.S. Patent Laws, the accused products would not have been purchased and offered for retail sale by Kissler & Co., Inc. As the manufacturer and/or supplier of the accused products, and as a consequence of your inducing and contributing to the alleged

VERDE, STEINBERG & PONTELL, LLC

infringement, you are liable to Kissler & Co., Inc. for all damages and fees sustained by the Company.

In an effort to avoid the filing, by Kissler & Co., Inc., of litigation in the United States District Court for the District of New Jersey, we encourage you to forward this correspondence to your counsel and have said counsel contact our offices without delay. It is our client's sincere desire to reach agreement on indemnification and reimbursement for the claims pertaining to the accused products, and other losses sustained in connection with this matter, without the attendant cost and time of further litigation.

This correspondence is transmitted for settlement purposes only and may not be utilized for any other purpose should the parties to this correspondence be unable to resolve the issues raised herein.

Thank you.

Very truly yours,

Steven Pontell

SP:lap
Cc:   Kissler & Co., Inc.

F:\wpdocs\LITIGATI\KISSLER\Danco\Ltr2Shila.7.25.23.docx