# EXHIBIT 2

# ScienBiziP



**ScienBiziP, P.C.**
550 S. Hope Street, Ste. 2825
Los Angeles, CA 90071

Main : 1.213.426.1771
Fax  : 1.213.426.1788

VIA spontell@vsplaw.com AND USPS

August 22, 2023

Steven Pontell
Partner
Verde, Steinberg & Pontell, LLC
Court Plaza East
19 Main Street
Hackensack, New Jersey 07601
Email: spontell@vsplaw.com

      Re: *Kissler & Co. Inc. July 26, 2023 letter to SHLA Group Inc.*

Dear Mr. Pontell,

      The undersigned is recently retained by SHLA Group Inc. ("SHLA").  I write in response to your letter to SHLA dated July 26, 2023.

      Your letter advised that Danco Inc. ("Danco") sued Kissler & Co. Inc. ("Kissler") in the United State District Court for the District of New Jersey, claiming various Kissler's universal tub and shower trim kits products ("Accused Products") infringe U.S. Patent No. 9,051,720.  The letter claims that Kissler relied on SHLA's investigation and assurance that Accused Products were not in violation of U.S. Patent Law.  The letter further claims that SHLA is liable to Kissler for all damages and fees sustained.

      Please explain the factual and legal basis of Kissler's claim against SHLA so that we can evaluate.  For example, if Kissler contends that SHLA owes a contractual obligation to indemnify, please provide the operative sales agreement and direct us to its relevant provisions.  If there is no binding agreement, please explain your legal theory on SHLA's liability and describe any facts to support the theory.  It is our understanding that the product designs and specifications originated from Kissler, not from SHLA nor the manufacturer.

      Furthermore, we understand that Danco and Kissler have reached a settlement agreement. Danco dismissed its patent infringement lawsuit against Kissler with prejudice on July 17, 2023. Kissler has not, however, informed SHLA on the terms of the settlement.  Kissler did not obtain SHLA's consent before settling with Danco.  The way Kissler has handled the underlying patent infringement lawsuit is inconsistent with a typical indemnification arrangement where the indemnitee would have tendered control and settlement authority to the indemnitor.  SHLA reserves all rights.

Sincerely,

*Chen, Hua*

Hua Chen, Esq.
ScienBiziP, P.C.

Cc: via email:
    Gang He ([ganghe1412@gmail.com](ganghe1412@gmail.com))