UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 23-7567-TJH(BFMx)** | Date November 1, 2024 |

| | |
|---|---|
| Title | SHLA Group Inc. et al v. Kissler and Co. Inc. |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) -NEW CASE BEFORE JUDGE HATTER**

This action has been assigned to the calendar of the **HONORABLE TERRY J. HATTER, JR.,** United States District Judge.  Please include the initials **TJH** in all documents pertaining to this case,

as documents are routed using the judge's initials, **it is imperative** that the correct initials **TJH** be used on all subsequent filings to prevent any delays in the processing of documents.

Counsel shall not attempt to contact the Court or its chambers staff by telephone or by any other ex parte means, although counsel may contact the **Courtroom Deputy, Yolanda Skipper,** at: yolanda_skipper@cacd.uscourts.gov, with appropriate inquiries. She can be reached at (213) 894-5276.

Judge Hatter's courtroom is located on the 9th Floor, 350 W. 1st Street, United States Courthouse, Courtroom No. 9C.  Additional information about Judge Hatter's procedures and schedules can be found on the court's website at **www.cacd.uscourts.gov**.

## COUNSEL: READ THIS ORDER CAREFULLY.

PAGE 2

Pursuant to General Order 08-11 and Local Rule 11-3, and unless otherwise ordered by the Court, The mandatory **COURT COPIES of ALL electronically filed** documents must include the Notice of Electronic Filing as the last page of the document.  Delivery of these documents may be made next to the CUSTOMER SERVICE WINDOW located on the 4th Floor at 350 W. 1st Street, Los Angeles, CA 90012, Attention: Yolanda Skipper for Judge Hatter, no later than 12:00 noon the following business day, or as soon as possible.

Cases Removed from State Court: **All** documents filed in state court, including documents appended to the complaint, answers and motions, MUST be **re-filed** in this Court and Defendant shall serve this Order on all other parties.

If the defendant has not yet responded, the answer or responsive pleading filed in this Court must comply with the Federal Rules of Civil Procedure an the Local Rules of the Central District.  If a motion was pending in State Court before the case was removed, it must be re-noticed in accordance with Local Rule 7.

Counsel for Plaintiff shall immediately serve the complaint in accordance with Fed. R. Civ. P. 4 on all parties, including this Order on any new parties to the action and file the proofs of service pursuant to Local Rule 5-3.1 with the Court.

If this case came to the Court by noticed removal, defendant shall serve this Order on all other parties.

**All** civil motions are taken under submission as of the hearing date and no appearance is needed, unless by order of this Court.  L.R. 83-9.

IT IS SO ORDERED.

---

| CV-90 | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk ys |
|---|---|---|