AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> KISSLER AND CO. INC., <br><br>  Defendant. <br><br> KISSLER AND CO. INC., <br><br>  Counterclaimant, <br><br> v. <br><br> SHLA GROUP INC., PARK 2580, INC. and GANG HE, <br><br>  Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:23-cv-07567-TJH-BFM |

**SUMMONS AS TO <u>THE COUNTERCLAIMS</u> IN A CIVIL ACTION**

To: *(Counterclaim Defendant's name and address)*   GANG HE
2580 W. 237th Street
Torrance, CA  90505

    COUNTERCLAIMS have been filed against you in a pending lawsuit.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the counterclaimant an answer to the attached COUNTERCLAIMS or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the counterclaimant's attorney and the plaintiffs' attorney, whose names and addresses are:

        Counterclaimant's attorney: Kevin S. Asfour, K&L GATES LLP
          10100 Santa Monica Blvd., 8th Fl, Los Angeles, CA 90067

        Plaintiffs' attorney:     Hua Chen, ScienBiziP, P.C.
          550 S. Hope Street, Suite 2825, Los Angeles, CA  90071

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaims. You also must file your answer or motion with the court.

                    *CLERK OF COURT*

Date:  _____         _____
                    *Signature of Clerk or Deputy Clerk*