Hua Chen (SBN 241831)
*huachen@scienbizippc.com*
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1778

Geoffrey T. Stover (SBN 211715)
*geoff@axslawgroup.com*
AXS LAW GROUP
6080 Center Dr., Suite 210 Los Angeles, CA 90045
Tel: (310) 746-5300
Fax: (310)593-2520

Attorneys for Counterclaim Defendants
*SHLA Group Inc., Park 2580, Inc. and GANG HE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KISSLER AND CO. INC., <br><br> Defendant. | Case Number: 2:23-cv-07567-TJH-BFM <br><br> [Hon. Judge Terry J. Hatter, Jr.] <br><br> **JOINT STIPULATION TO EXTEND AND CONSOLIDATE COUNTERDEFENDANTS' TIME TO RESPOND TO COUNTERCLAIMANT KISSLER AND CO. INC'S COUNTERCLAIMS** |
| KISSLER AND CO. INC., <br><br> Counterclaimant, <br><br> v. <br><br> SHLA GROUP INC., PARK 2580, INC. and GANG HE, <br><br> Counterclaim Defendants. | Counterclaim served: March 17, 2025 <br> Current Response Date: April 7, 2025 and May 27, 2025 <br> New Consolidated Response Date: April 30, 2025 |

1    Counterclaim Defendants SHLA Group Inc., Park 2580 Inc., and Gang He (collectively the
2    "Counterclaim Defendants") and Counterclaimant Kissler and Co., Inc. ("Counterclaimant"), through
3    their respective counsel, hereby stipulate as follows:
4        1.    On March 17, 2025, Counterclaimant filed its Answer, Affirmative Defenses, and
5    Counterclaims against Counterclaim Defendants (ECF 35);
6        2.    The deadline for counterclaim defendants SHLA Group Inc. and Park 2580 Inc. to
7    respond to the Counterclaims is April 7, 2025;
8        3.    Counsel for Counterclaim Defendant Gang He had agreed to waive service of the
9    Counterclaims against Mr. He in exchange for an extension of sixty (60) days to respond to the
10   Counterclaims, thus making the deadline for Mr. He to respond to the Counterclaims by May 27,
11   2025;
12       4.    Mr. He, as the principal for Counterclaim Defendants SHLA Group Inc. and Park 2580
13   Inc., has been traveling out of the country in late March and early April due to family matters in China
14   and counsel has been unable to effectively communicate with him;
15       5.    Counsel for Counterclaim Defendants has conferred with counsel for Counterclaimant
16   and the parties have agreed to consolidate the deadline for all Counterclaim Defendants and further
17   agree to a compromise whereby the deadline for counterclaim defendants SHLA Group Inc. and Park
18   2580 Inc. to respond to the counterclaims is extended while the deadline for counterclaim defendant
19   Gang He is shortened;
20       6.    There have not been any prior requests for extensions submitted to the Court by any
21   party regarding these Counterclaims (ECF 35);
22       7.    In light of the above, it is hereby stipulated and agreed by and between the Parties,
23   through their respective counsel, that Counterclaim Defendants shall respond to the Counterclaims by
24   April 30, 2025.
25   ///
26   ///
27   ///
28   ///

| | | |
|---|---|---|
| 1 | Dated: April 15, 2025 | By: */s/ Hua Chen* |
| 2 | | Hua Chen (SBN 241831) |
| | | huachen@scienbizippc.com |
| 3 | | **SCIENBIZIP, P.C.** |
| | | 550 South Hope Street, Suite 2825 |
| 4 | | Los Angeles, California 90071 |
| | | Tel: (213) 426-1778 |
| 5 | | Fax: (213) 426-1788 |

Geoffrey T. Stover (SBN 211715)
geoff@axslawgroup.com
**AXS LAW GROUP**
6080 Center Dr., Suite 210 Los Angeles, CA 90045
Tel: (310) 746-5300
Fax: (310) 593-2520

*Attorneys for Counterclaim Defendants*
SHLA GROUP, INC., PARK 2580, INC., Gang He

Dated: April 15, 2025                  By: */s/ Lauren Elvick*
Kevin S Asfour
Lauren Elizabeth Elvick
**K&L Gates LLP**
10100 Santa Monica Boulevard 8th Floor
Los Angeles, CA 90067
Tel: 310-552-5000
Fax: 310-552-5001
Email:Kevin.Asfour@klgates.Com
Email:Lauren.Elvick@klgates.Com

*Attorneys for Counterclaimant*
Kissler and Co., Inc.

## ATTESTATION OF E-FILED SIGNATURES

In compliance with Central District of California Local Rule 5-4.3.4, I, Hua Chen attest that Counterclaimant's Counsel Kevin S. Asfour concurs in the contents of this document and have authorized its filing.

Dated: April 15, 2025                  By: */s/ Hua Chen*
Hua Chen (SBN 241831)

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 15th day of April, 2025, a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND AND CONSOLIDATE COUNTERDEFENDANTS' TIME TO RESPOND TO COUNTERCLAIMANT KISSLER AND CO. INC'S COUNTERCLAIMS** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Dated: April 15, 2025                                By:   /s/  Hua Chen
                                                                    Hua Chen