Hua Chen (SBN 241831)
huachen@scienbizippc.com
SCIENBIZIP, P.C.
550 South Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1778

Geoffrey T. Stover (SBN 211715)
geoff@axslawgroup.com
AXS LAW GROUP
6080 Center Dr., Suite 210 Los Angeles, CA 90045
Tel: (310) 746-5300
Fax: (310)593-2520

Attorneys for Counterclaim Defendants
SHLA Group Inc., Park 2580, Inc. and GANG HE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KISSLER AND CO. INC., <br><br> Defendant. <br><br>―――――――――――――― <br><br> KISSLER AND CO. INC., <br><br> Counterclaimant, <br><br> v. <br><br> SHLA GROUP INC., PARK 2580, INC. and GANG HE, <br><br> Counterclaim Defendants. | Case Number: 2:23-cv-07567-TJH-BFM <br><br> [Hon. Judge Terry J. Hatter, Jr.] <br><br> **[PROPOSED] ORDER EXTENDING AND CONSOLIDATING COUNTERDEFENDANTS' TIME TO RESPOND TO COUNTERCLAIMANT KISSLER AND CO. INC'S COUNTERCLAIMS** <br><br> Counterclaim served: March 17, 2025 <br> Current Response Date: April 7, 2025 and May 27, 2025 <br> New Consolidated Response Date: April 30, 2025 |

1  The Court, having read and considered the joint stipulation filed on behalf of Counterclaim
2  Defendants SHLA Group Inc., Park 2580 Inc., and Gang He (collectively the "Counterclaim
3  Defendants") and Counterclaimant Kissler and Co., Inc. ("Counterclaimant"), and finding GOOD
4  CAUSE thereon, hereby grants the stipulated extension and consolidation of time for Counterclaim
5  Defendants to respond to Counterclaimant's Counterclaims (ECF 35).
6  **IT IS HEREBY ORDERED** that Counterclaim Defendants' response to Counterclaimant's
7  Counterclaims is to be filed on or before April 30, 2025.

Dated: _____, 2025

_____
Hon. Judge Terry J. Hatter, Jr.
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 15th day of April, 2025, a true and correct copy of the foregoing **[PROPOSED] ORDER EXTENDING AND CONSOLIDATING COUNTERDEFENDANTS' TIME TO RESPOND TO COUNTERCLAIMANT KISSLER AND CO. INC'S COUNTERCLAIMS** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Dated: April 15, 2025                               By:   /s/ Hua Chen
                                                          Hua Chen