**K&L Gates LLP**
Ronie Schmelz (State Bar No. 130798)
ronie.schmelz@klgates.com
(310) 552-5002
Kevin S. Asfour (State Bar No. 228993)
kevin.asfour@klgates.com
(310) 552-5016
Lauren E. Elvick (State Bar No. 348619)
lauren.elvick@klgates.com
(310) 552-5049
10100 Santa Monica Blvd.
Floor 8
Los Angeles, CA 90067

Attorneys for Defendant and
Counterclaimant Kissler & Co. Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KISSLER AND CO. INC. <br><br> Defendant. | Case No. 2:23-cv-07567-TJH-BFM <br><br> [Hon. Judge Terry J. Hatter, Jr.] <br><br> **JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE** |
| KISSLER AND CO. INC., <br><br> Counterclaimant, <br><br> v. <br><br> SHLA GROUP INC., PARK 2580, INC., and GANG HE, <br><br> Counterclaim Defendants. | |

This Joint Stipulation is entered into by and between Defendant and Counterclaimant Kissler and Co. Inc. ("Kissler") and Plaintiffs and Counterclaim Defendants SHLA Group Inc. ("SHLA") and Park 2580, Inc. ("Park 2580") and Counterclaim Defendant Gang He[1] ("Mr. He") (together, the "Parties"). By and through their respective counsel of record, the Parties stipulate and agree as follows:

## RECITALS

**WHEREAS**, on March 17, 2025, Kissler timely filed its Answer to Plaintiff's operative complaint, the First Amended Complaint ("FAC"), and concurrently therewith filed its Counterclaims against SHLA, Park 2580 and Mr. He ("Counterclaim Defendants");

**WHEREAS**, on April 15, 2025, the Court issued (i) an Order, upon the Parties' stipulation, setting a consolidated deadline of April 30, 2025 for Counterclaim Defendants to respond to Kissler's Counterclaims (Dkt. No. 43); and (ii) an Order setting a Final Pretrial Conference for October 20, 2025 at 10:00 a.m. (Dkt. No. 42);

**WHEREAS**, on April 30, 2025, Counterclaim Defendants timely moved to dismiss Kissler's Counterclaims, after which the Parties fully briefed the issues, and the Court took said motion under submission;

**WHEREAS**, on August 22, 2025, the Court entered an Order (i) denying SHLA and Park 2580's motion to dismiss Kissler's Counterclaims; and (ii) dismissing Counterclaim Defendant Mr. He, *sua sponte*, without prejudice (Dkt. #47);

**WHEREAS**, on September 5, 2025, Kissler timely filed a motion for reconsideration as to the Court's *sua sponte* order dismissing Counterclaim Defendant Mr. He without prejudice ("Motion for Reconsideration"), which motion is now fully briefed and under submission;

---

[1] Mr. He joins in this stipulation purely for administrative clarity, and without prejudice to his position that the Court correctly dismissed him *sua sponte* by way of its August 22, 2025 order (which is the subject of Kissler's pending Motion for Reconsideration, defined and discussed below).

**WHEREAS**, as explained in Kissler's briefing filed in support of the Motion for Reconsideration (Dkt. Nos. 48, 50), if the Court were to deny that motion, Kissler intends to file a separate civil action against Mr. He and to relate that new action to this case pursuant to Local Rule 83-1.3.1;

**WHEREAS**, the case is not yet at issue, as Counterclaim Defendants have not yet answered the Counterclaims and the status of Mr. He as a Counterclaim Defendant hinges upon the Court's ruling on the pending Motion for Reconsideration;

**WHEREAS**, although the Parties have held their Rule 26(f) conference and have made their initial disclosures, they require additional time to complete discovery, including further written discovery, document productions and depositions;

**WHEREAS**, in light of the foregoing, the Parties have conferred and agree that a continuance of the Final Pretrial Conference of approximately 60 days is necessary and in the best interests of the Parties, the Court, and judicial economy, particularly given that the case is not yet at issue and the precise lineup of parties is still in flux; and

**WHEREAS**, this Joint Stipulation to continue the Final Pretrial Conference is timely filed pursuant to this Court's Order Setting the Final Pretrial Conference (Dkt. No. 42) and, if granted, would be the first continuance issued regarding the Final Pretrial Conference;

**NOW, THEREFORE,** the Parties respectfully request that the Court continue the Final Pretrial Conference from October 20, 2025 to December 11, 2025, which is a continuance of less than 60 days, and continue all related Final Pretrial Conference deadlines in accordance therewith.

///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: October 10, 2025     K&L GATES LLP

By: *s/ Kevin S. Asfour*
Kevin S. Asfour

*Attorneys for Defendant and Counterclaimant Kissler & Co., Inc.*

Dated: October 10, 2025     SCIENBIXIP, P.C.

By: *s/ Hua Chen*
Hua Chen

Dated: October 10, 2025     AXS LAW GROUP

By: *s/ Geoffrey T. Stover*
Geoffrey T. Stover

*Attorneys for Plaintiffs and Counterclaim Defendants SHLA Group Inc. and Park 2580, Inc. and Counterclaim Defendant Gang He*

### SIGNATURE ATTESTATION

Pursuant L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed concur in this document's content and have authorized the execution of this document with the use of their electronic signature.

Dated: October 10, 2025     By: *s/ Kevin S. Asfour*
Kevin S. Asfour