NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>KISSLER AND CO. INC.<br><br>        Defendant. | Case No. 2:23-cv-07567-TJH-BFM<br><br>[Hon. Judge Terry J. Hatter, Jr.]<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE [51]** |
| KISSLER AND CO. INC.,<br><br>        Counterclaimant,<br><br>  v.<br><br>SHLA GROUP INC., PARK 2580, INC., and GANG HE,<br><br>        Counterclaim Defendants. | |

Upon consideration of the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED**:

1. The Final Pretrial Conference currently scheduled for October 20, 2025 is **CONTINUED** to March 2, 2026 at 10:00 a.m.
2. All deadlines related to the Final Pretrial Conference are continued accordingly and shall follow the continued conference date above.

**IT IS SO ORDERED.**

Dated: October 10, 2025

Terry J. Hatter
United States District Judge

1