UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHLA GROUP INC., PARK 2580, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KISSLER AND CO. INC. <br><br> Defendant. | Case No. 2:23-cv-07567-TJH-BFM <br><br> [Hon. Judge Terry J. Hatter, Jr.] <br><br> **ORDER CONTINUING FINAL PRETRIAL CONFERENCE [54]** |
| KISSLER AND CO. INC., <br><br> Counterclaimant, <br><br> v. <br><br> SHLA GROUP INC., PARK 2580, INC., and GANG HE, <br><br> Counterclaim Defendants. | |

Upon consideration of the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED:**

1. The Final Pretrial Conference currently scheduled for March 2, 2026 is **CONTINUED** to July 20, 2026 at 10:00 a.m.

2. All deadlines related to the Final Pretrial Conference are continued accordingly and shall follow the continued conference date above.

**IT IS SO ORDERED.**

Dated:  February 23, 2026

Hon. Terry J. Hatter
United States District Judge

1