NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHLA GROUP INC., PARK 2580, INC.,

Plaintiffs,

v.

KISSLER AND CO. INC.

Defendant.

---

KISSLER AND CO. INC.,

Counterclaimant,

v.

SHLA GROUP INC., PARK 2580, INC., and GANG HE,

Counterclaim Defendants.

Case No. 2:23-cv-07567-TJH-BFM

[Hon. Judge Terry J. Hatter, Jr.]

**ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND ENTERING SCHEDULING ORDER [63]**

Upon consideration of the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED:**

1. The Final Pretrial Conference currently scheduled for July 20, 2026 is **CONTINUED** to May 17, 2027. The trial date will be set at the Final Pretrial Conference.
2. All fact discovery shall be completed by November 20, 2026.
3. Initial expert disclosures and reports shall be served by January 8, 2027.
4. Rebuttal expert disclosures and reports shall be served by January 29, 2027.
5. All expert discovery shall be completed by February 15, 2027.
6. All dispositive motions shall be filed by February 22, 2027.
7. Pretrial disclosures must be exchanged by April 12, 2027.
8. Pretrial documents must be filed by April 19, 2027.
9. Motions in Limine must be filed by April 26, 2027.
10. Oppositions to the Motions in Limine must be filed by May 3, 2027.

**IT IS SO ORDERED.**

Dated: July 20, 2026

Terry J. Hatter, Jr.

Hon. Terry J. Hatter
United States District Judge